IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50352
Summary Calendar

_____


DANIEL A. RAMIREZ,

                                        Plaintiff-Appellant,

                        versus

UNITED STATES OF AMERICA;
FEDERAL BUREAU OF INVESTIGATION,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. EP-96-CV-372-F
_____

November 11, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     The judgment of the district court is AFFIRMED.  See Fifth

Circuit Rule 47.6.

                                        A F F I R M E D.


_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.